**Fill in this information to identify the case:**

Debtor 1: SEAN H. ALLEN

Debtor 2: GLADYS M. ALLEN
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN    District of PA
(State)

Case Number: 16-21186 GLT

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTEUM MORTGAGE ACCEPTANCE CORPORATION, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-1

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 3601

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | 7/19/2016 (Wilkinsburg S.D. & Boro.) | (8) | $799.43 |
| 9. | Insurance advances (non-escrow) | 7/11/2016 (The Farmers Fire Ins. Co.) | (9) | $1596.00 |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |

Debtor 1 __SEAN H. ALLEN_____   Case Number (if known) __16-21186-GLT__

**14.    Other. Specify:**_____     (14)  $ _____

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ James A. Prostko, Esquire            Date  1/11/2017
     Signature

Print:    James A. Prostko, Esq., Id. No.27221            Title  _____
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone   215-563-7000            Email   james.prostko@phelanhallinan.com